UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JAN 28 2020

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Criminal No. **20 CR 055** |
| | § | |
| JOFFRE CROSS, III | § | |

## CRIMINAL INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE

(Possession of a Firearm – Crime Punishable by More Than a Year)

On or about February 12, 2019, within the Southern District of Texas, the defendant,

**JOFFRE CROSS, III,**

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm and ammunition, namely:

Vyatskie Polyany, Model VEPR, caliber 7.62 mm rifle, and

Approximately 1500 rounds of various rifle and pistol ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Notice of Criminal Forfeiture

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

**JOFFRE CROSS, III,**

that upon conviction of a knowing violation of Title 18, United States Code, Sections 922(g) or 924, all firearms and ammunition involved in or used in any such violation is subject to forfeiture

### Property Subject to Forfeiture

The property subject to forfeiture includes, but is not limited to, the following property:

1. Vyatskie Polyany, Model VEPR, caliber 7.62 mm rifle, serial number 11VAK8631, and
2. Approximately 1500 rounds of various rifle and pistol ammunition.

RYAN K. PATRICK
United States Attorney
Southern District of Texas

STEVEN T. SCHAMMEL
Assistant United States Attorney