USA-74-24B
(Rev. 05/01)

**CRIMINAL DOCKET**
United States Courts
Southern District of Texas
FILED

JAN 28 2020

Filed David J. Bradley, Clerk of Court

No. 20 CR 055

Judge: Rosenthal

HOUSTON DIVISION

USAO Number: 2017R00424
Magistrate Number:

CRIMINAL INFORMATION

UNITED STATES of AMERICA
VS.

JOFFRE CROSS, III

**ATTORNEYS:**

| | | |
|---|---|---|
| RYAN K. PATRICK, USA | | (713) 567-9000 |
| STEVEN T. SCHAMMEL, AUSA | | (713) 567-9000 |
| | | Appt'd / Private |
| David Cunningham | (713) 225-0325 | ☐ / ☑ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Unlawful Possession of a Firearm [18 USC §§ 922(g)(1) and 924(a)(2)]

**PENALTY:** Ct. 1: No more than 10 years imprisonment and/or $250,000 fine; 3 years SRT; $100 SA

Notice of Criminal Forfeiture [18 USC 924(d)(1) and 2461(c)]

☐ In Jail
☐ On Bond
☑ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**