United States District Court
Southern District of Texas
**ENTERED**
March 19, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-20-55-1 |
| | § | |
| JOFFRE CROSS III, | § | |
| Defendant. | § | |

### ORDER ACCEPTING GUILTY PLEA AND FINDING OF GUILT

The United States Magistrate Judge has submitted her Report and Recommendation that this court accept the guilty plea of Joffre Cross III and find him guilty of Count 1 of the Criminal Information charging him with unlawful possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

After the *de novo* review required under 28 U.S.C. § 636(b)(1)(C), this court finds that the record and law support the Magistrate Judge's Report and Recommendation. The court accepts the Report and Recommendation.

Accordingly, the court finds that the defendant, Joffre Cross III, is fully competent and capable of entering an informed plea, that he is aware of the nature of the charges made against him and the consequences of his plea, and that his guilty plea is knowing and voluntary and supported by an independent basis in fact containing each of the essential elements of the offense with which he is charged.

The defendant, Joffre Cross III, is **GUILTY** of the offense of Count 1 of the Criminal Information charging him with unlawful possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

SIGNED on March 19, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge