**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **v.** § | **Criminal No. H-20-055** |
| § | |
| **JOFFRE CROSS, III** § | |

## PRELIMINARY ORDER OF FORFEITURE

Following the Defendant's conviction and based on the Defendant's plea agreement and the evidence in the record, the Court finds that the United States of America has established the requisite nexus between the property listed below and the offense of conviction. It is ORDERED that:

1. the following property is forfeited to the United States:

    A. Vyatskie Polyany, Model VEPR, caliber 7.62 mm rifle, serial number 11VAK8631, and
    B. Approximately 1500 rounds of various rifle and pistol ammunition.

2. the United States of America shall publish notice of this forfeiture order and shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding;

3. any person, other than the Defendant, asserting a legal interest in the forfeited property may, within thirty (30) days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the alleged interest in the property pursuant to Title 21, United States Code, Section 853(n). The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in that property, the time and circumstances of the petitioner's

acquisition of the right, title, or interest in that property, and any other facts which support the petitioner's claim and the relief sought. The petition shall be filed with the United States District Clerk, located at United States Courthouse, 515 Rusk, Houston, Texas 77002. A copy of the petition shall also be sent to E. Vincent Carroll, Assistant United States Attorney, 1000 Louisiana, Suite 2300, Houston, Texas, 77002; and

4. that pursuant to Rule 32.2(b)(4)(A), this Preliminary Order of Forfeiture shall become final immediately as to Defendant, and shall be made part of the Defendant's sentence and included in the judgment.

SIGNED on this the __2nd__ day of __September__, 2020.

_____
Lee H Rosenthal
Chief United States District Judge