14 Sept. 2020

To Whom It May Concern,

I am writting to request a copy of my sentencing transcript for the sentencing hearing in my criminal case USA vs. Joffre Cross III, Case 4:20CR00055-001. Thank you for your assistance in regards to this matter.

— Joffre Cross III 023211057
Joe Corley Detention Facility
500 Hilbig Rd.
Conroe, TX 77301

Joltre Cross 02321657
Joe Corley Detention Center
500 Hilbig Rd.
Conroe, TX 77301

THIS LEGAL MAIL HAS
NOT BEEN INSPECTED

NORTH HOUSTON TX 773

14 SEP 2020 PM 1 L

FOREVER
USA

Barn Swallow

United States Courts
Southern District of Texas
FILED

SEP 15 2020

David J. Bradley, Clerk of Court

United States District Clerk
US Federal Courthouse
515 Rusk St.
Houston, TX 77002

77002-262399